UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO JOSE GARCIA, | No. 1:24-cv-01202-SAB (PC) |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 1) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant case on September 30, 2024, in the United States District Court for the Central District of California. (ECF No. 1.) On October 7, 2024, the action was transferred to this Court. (ECF No. 6.)

Plaintiff's complaint is not signed under penalty of perjury as required by the federal rules of civil procedure and local rules of this Court. Rule 11 of the Federal Rules of Civil Procedure requires every pleading to be signed by at least one attorney of record or by the filing party personally if the party is unrepresented. Fed. R. Civ. P. 11(a). Additionally, Local Rule 131(b) provides: "All pleadings and non-evidentiary documents shall be signed by the individual

attorney for the party presenting them, or by the party involved if that party is appearing in propria persona." Local Rule 131(b).  Additionally, in the Court's first informational order, issued October 7, 2024, Plaintiff was advised: "Each document for filing must include the original signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Documents submitted without the required signature may be stricken."  (ECF No. 8 at 2.)  Because the complaint is not signed by Plaintiff, the Court must strike it from the record.  Fed. R. Civ. 11(a).

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed on September 30, 2024, is stricken from the record for lack of signature;
2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form;
3. Within **thirty (30)** days from the date of service of this order, Plaintiff shall file an amended complaint complete with an original signature; and
4. Failure to comply with this order will result in dismissal of the action.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **October 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2